Print Form

**UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT**

**BILL OF COSTS**

**NOTE: The Bill of Costs is due in this office *within 14 days from the date of the opinion*, See FED. R. APP. P. & 5TH CIR. R. 39. Untimely bills of costs must be accompanied by a separate motion to file out of time, which the court may deny.**

William R. Canada, Jr. _____ v. USA IRS; Michael Halpert; Robert Meyer, et al.    No. 18-11398

The Clerk is requested to tax the following costs against: William R. Canada, Jr.

| COSTS TAXABLE UNDER Fed. R. App. P. & 5th Cir. R. 39 | REQUESTED | | | | ALLOWED (If different from amount requested) | | | |
|---|---|---|---|---|---|---|---|---|
|  | No. of Copies | Pages Per Copy | Cost per Page* | Total Cost | No. of Documents | Pages per Document | Cost per Page* | Total Cost |
| Docket Fee |  |  |  |  |  |  |  |  |
| Appendix or Record Excerpts |  |  |  |  |  |  |  |  |
| Appellant's Brief |  |  |  |  |  |  |  |  |
| Appellee's Brief | 7 | 85 | 0.07 | 41.65 |  |  |  |  |
| Appellant's Reply Brief |  |  |  |  |  |  |  |  |
| Other: |  |  |  |  |  |  |  |  |
|  |  |  | Total $ | 41.65 |  |  |  |  |

Costs are hereby taxed in the amount of $ _____ this _____ day of _____, _____.

State of _____                                 LYLE W. CAYCE, CLERK
County of _____                                 By _____
                                                                Deputy Clerk

I Geoffrey J. Klimas , do hereby swear under penalty of perjury that the services for which fees have been charged were incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this Bill of Costs was this day mailed to opposing counsel, with postage fully prepaid thereon.  This  26th  day of  February , 2020 .

/s/ Geoffrey J. Klimas
                            (Signature)

*SEE REVERSE SIDE FOR RULES                            Attorney for  Appellees
GOVERNING TAXATION OF COSTS                            Costs are taxed in the amount of $ _____

# **MEMORANDUM**

| Subject: | Date: |
|---|---|
| Cost of Duplicating the Answering Brief for the Appellees | February 26, 2020 |

| From: | To: |
|---|---|
| Robert Bruffy<br>Executive Officer | Richard E. Zuckerman<br>Principal Deputy<br>Assistant Attorney<br>General |

  This is to certify that the cost for copies made in our Litigation Support Service Center, Main Justice Building, is 7 cents per page. Consequently, I certify that the cost of duplicating 7 copies of the answering brief for the Appellees in *William R. Canada, Jr. v. United States of America IRS; Michael Halpert; Robert Meyer; Denise McCaskill*, No. 18-11398, filed in the United States Court of Appeals for the Fifth Circuit is as follows:

 Answering
 Brief:  595 sheets duplicated at $0.07 per copy = $41.65

 Total:                          <u>$41.65</u>

# IN THE UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT

| | |
|---|---|
| **WILLIAM R. CANADA, JR.,** | ) |
| | ) |
| **Plaintiff-Appellant** | ) |
| | ) |
| v. | ) No. 18-11398 |
| | ) |
| **UNITED STATES OF AMERICA** | ) |
| **INTERNAL REVENUE SERVICE, ET AL.,** | ) |
| | ) |
| **Defendants-Appellees** | ) |

## DECLARATION

GEOFFREY J. KLIMAS, counsel for the appellees, the United States of America Internal Revenue Service, et al., states as follows:

1.   Rule 39(b) of the Federal Rules of Appellate Procedure provides that "[c]osts for or against the United States, its agency, or officer will be assessed under Rule 39(a) only if authorized by law." Under 28 U.S.C. § 2412(a)(1), "[e]xcept as otherwise specifically provided by statute, a judgment for costs, as enumerated in section 1920 of this title [exclusive of attorneys' fees] may be awarded to the prevailing party in any civil action brought by or against the United States or any agency or any official of the United States acting in his or her official capacity in any court having jurisdiction of such action."

-2-

Under 28 U.S.C. § 1920(4), taxable costs include the costs of copying papers necessarily filed in the case.

2. I am an attorney employed in the Appellate Section of the Tax Division of the United States Department of Justice, and in that capacity I have knowledge of the cost of duplicating the Appellees' answering brief filed and served in the United States Court of Appeals for the Fifth Circuit in the above-entitled case. The total cost of duplicating said item was $41.65, as shown by the Tax Division's memorandum certifying in-house photocopying costs, dated February 26, 2020, and the total cost is correct to the best of my knowledge and belief and has been necessarily incurred.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct. Executed on this 26th day of February, 2020, at Washington D.C.

                                              /s/ Geoffrey J. Klimas
                                              GEOFFREY J. KLIMAS
                                                     *Attorney*